# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JASPER JOHNSON**                                                                 **PLAINTIFF**

**V.**                   **CASE NO. 2:20-CV-70-BSM-BD**

**PATRICIA SNYDER**                                                 **DEFENDANT**

## RECOMMENDED DISPOSITION

### I. Procedure for Filing Objections

This Recommendation for dismissal has been sent to Judge Brian S. Miller. Mr. Johnson may file written objections with the Clerk of Court if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Johnson does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.

### II. Discussion

Mr. Johnson, an inmate in the Arkansas County Detention Center, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 2) In his original complaint, Mr. Johnson made general allegations regarding the conditions of his confinement. He named Patricia Snyder, the jail administrator, as the only Defendant; however, he did not attribute any misconduct to her, or even refer to her, in the body of his complaint. He sued Defendant Snyder in her official capacity only but did

not allege that he was injured as a result of any unconstitutional Arkansas County policy or custom.

Accordingly, the Court ordered Mr. Johnson to amend his complaint by May 17, 2020, with critical information that was missing from his complaint. (Doc. No. 5) As set out in the May 17 Order, Mr. Johnson's amended complaint had to include information: identifying and naming as Defendants those individuals who allegedly violated his rights; explaining the injuries he suffered as a result of the Defendants' misconduct; and clarifying whether he intended to sue Defendant Snyder in her individual capacity, her official capacity, or both. Mr. Johnson was cautioned that his claims could be dismissed if he did not amend his complaint within the time allowed.

To date, Mr. Johnson has failed to file an amended complaint, and the time to comply has passed. As the record stands, Mr. Johnson has not stated a constitutional claim against Defendant Snyder.

### III.   Conclusion

The Court recommends that Mr. Johnson's claims be DISMISSED, without prejudice, based on his failure to amend his complaint, as ordered, and his failure to prosecute this lawsuit.

DATED this 19th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE