# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JASPER JOHNSON**                                                                                    **PLAINTIFF**

**V.**                                       **CASE NO. 2:20-CV-00070-BSM**

**PATRICIA SNYDER**                                                                               **DEFENDANT**

## ORDER

After careful review, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 6] is adopted, and the complaint [Doc. No. 2] is dismissed without prejudice because Jasper Johnson failed to amend his complaint.  Doc. No. 5.

IT IS SO ORDERED, this 16th day of July, 2020.


_____
UNITED STATES DISTRICT JUDGE